Scott A. Powell, Ralph D. Cook, James R. Moncus, III, Sandra Payne Hagood, Bruce J. McKee, Hare, Wynn, Newell & Newton, Birmingham, AL, for Plaintiff–Appellant.

Cinda Ruth York, Campbell, Waller & Poer, LLC, Birmingham, AL, for Defendants–Appellees.

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,* District Judge.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's order and contemporaneous memorandum opinion of March 27, 2006, which granted Defendants–Appellees' motion for summary judgment on Plaintiff–Appellant's claims that are at issue in this appeal. We further conclude that the district court did not abuse its discretion or otherwise err in the particular evidentiary rulings challenged on appeal. Accordingly, we affirm the entry of final judgment in favor of Defendants–Appellees.

AFFIRMED.

---

* Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia, sitting by designation.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

CONCRETE FORM WALLS, INC., Respondent.

Nos. 06–13845, 06–14997

United States Court of Appeals, Eleventh Circuit.

May 22, 2007.

Aileen A. Armstrong, Kathleen Lyon, Fred B. Jacob, Washington, DC, for Petitioner.

Braxton Schell, Jr., Birmingham, AL, for Respondent.

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,* District Judge.

PER CURIAM:

After review and oral argument, we find no reversible error and thus enforce the National Labor Relations Board's orders dated April 13, 2006, and August 31, 2006.

**ENFORCED.**